452 A.2d 34

McElroy, Appellant v. Herr and Havrilla.

Argued December 8, 1981. Daniel H. Shertzer, for appellant; S. R. Zimmerman, III, for Herr, appellee; Richard A. Katz, for Havrilla, appellee.

Before CAVANAUGH, BECK and McEWEN, JJ.

The judgment of the learned Lancaster County Common Pleas Court Judge Wilson Bucher is affirmed.

452 A.2d 35

Pringle, Appellants v. Marozzi, et al.

Argued February 10, 1982. John J. Morgan, for appellant; John Wesley Jordan, for appellees.

Before BROSKY, CIRILLO and POPOVICH, JJ.

Order affirmed.